

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JAIME RAMIREZ, | § | No. 08-16-00074-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20100C08395) |
| | § | |

## **O R D E R**

The Texas Rules of Appellate Procedure require the trial court to enter a certification of the defendant's right of appeal in every case in which it enters a judgment of guilt or other appealable order. TEX.R.APP.P. 25.2(a)(2). The certification must include a notice that the defendant has been informed of his rights concerning an appeal, as well as any right to file a pro se petition for discretionary review. TEX.R.APP.P. 25.2(d). The certification must be signed by the defendant and a copy must be given to him. TEX.R.APP.P. 25.2(d).

The clerk's record in this cause contains the trial court's certification pursuant to TEX.R.APP.P. 25.2(a)(2), but the certification is defective because it has not been signed by the defendant. Accordingly, we direct the trial court to remedy the defect in the certification by preparing and filing a "Trial Court's Certification of Defendant's Right of Appeal" which includes the defendant's signature. TEX.R.APP. P. 25.2(d). All of the provisions of 25.2(d) should be complied with including the requirement that the defendant be informed of his rights concerning an appeal, as well as any right to file a *pro se* petition for discretionary review. The trial court is further ordered to forward the certification to this Court by means of a supplemental clerk's record within thirty days of the date of this order.

IT IS SO ORDERED this 15th day of July, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.